# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 04-CV-416-WDS |
| ) | |
| MERIDIAN AUTOMOTIVE ) | |
| SYSTEMS-COMPOSITES ) | |
| OPERATIONS, INC., ) | |
| ) | |
| Defendants. | |

### O R D E R

**STIEHL, District Judge:**

This action was stayed on May 5, 2005. Defendant filed a change of address notice in August of 2006. No other pleadings have been filed with the Court since 2005. Pursuant to the inherent power to regulate the business of the Court as set forth in Rule 83 of the Federal Rules of Civil Procedure, on January 31, 2007, the Court gave the parties ten days to file a status report. To date, no action has been taken.

Accordingly, the Court *sua sponte* **DISMISSES** the complaint **WITH PREJUDICE** for want of prosecution, pursuant to Fed.R.Civ.P. Rules 41(b) and 83, each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED: March 5, 2007**

                                                                    S/*WILLIAM D. STIEHL*
                                                                           **District Judge**