**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UAW,** | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | )   NO. 04-CV-416-WDS |
| | ) |
| **MERIDIAN AUTOMOTIVE SYSTEMS - COMPOSITES OPERATIONS, INC.,** | ) ) ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 5, 2007, this case is now **DISMISSED** with prejudice. Each party shall bear their own costs.

**DATED** this 5th day of March, 2007.

                                      **NORBERT G. JAWORSKI, CLERK**

                                      **BY:**  *s/Sandy Pannier*
                                                        **Deputy Clerk**

**APPROVED:**

    **S/WILLIAM D. STIEHL**
        **U. S. District Judge**